No. 9213. STATE OF MONTANA on the Relation of JOHN LOY STORM, Relator, v. DISTRICT COURT of the SIXTEENTH JUDICIAL DISTRICT of the STATE of MONTANA, in and for the County of Rosebud, and the Honorable

W. R. FLACHSENHAR, one of the Judges of said Court, RESPONDENTS.

245 Pac. (2d) 382.

Decided June 28, 1952.

*W. B. Leavitt*, Miles City, *Wm. A. Brown*, Helena, for relator.

Per Curiam.

Original Proceeding. Relator's ex parte application for a writ of supervisory control is denied and the proceeding here ordered dismissed.